# Order

Michigan Supreme Court
Lansing, Michigan

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

145206

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRANGE INSURANCE COMPANY OF
MICHIGAN,
             Plaintiff/Counter-
             Defendant/Appellant,

v

EDWARD LAWRENCE, Individually and
Joint Personal Representative of the Estate of
Josalyn A. Lawrence, and LAURA ROSINSKI,
Individually and Joint Personal Representative
of the Estate of Josalyn A. Lawrence,
             Defendants-Appellees,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
             Defendant/Counter-
             Plaintiff-Appellee.
_____/

SC: 145206
COA: 303031
Muskegon CC: 10-047159-CK

On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether a person, and in particular the minor child of divorced parents, can have two domiciles for the purpose of determining coverage under MCL 500.3114(1) of the Michigan no-fault act; (2) whether, in answering the first issue, a court order determining the minor's custody has any effect; and (3) whether an insurance policy provision giving preclusive effect to a court-ordered custody arrangement is enforceable.

The Family Law and Probate and Estate Planning Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

t0912